■ STEVEN CHRISTOPHER, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 108185.) [910 NYS2d 721]—Appeal from a judgment of the Court of Claims (Renee Forgensi Minarik, J.), entered June 4, 2009 in a personal injury action. The judgment, among the other things, resolved the issue of reckless disregard in favor of claimant and determined that defendant is 100% at fault for causing the accident.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on August 6 and 9, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.

■ In the Matter of ELLIS WARE, Petitioner, v ANDREA EVANS, Chairwoman, New York State Division of Parole, Respondent. [910 NYS2d 721]—

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered March, 26, 2010) to review a determination of respondent. The determination revoked petitioner's parole.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul the determination of the Administrative Law Judge revoking his release to parole supervision. We conclude that the determination is supported by substantial evidence (see Matter of Shaw v Murray, 24 AD3d 1268 [2005], lv denied 6 NY3d 712 [2006]). The evidence presented at the hearing on the petition established that petitioner violated several conditions of his parole, including the condition that he successfully complete the program at the facility where he was assigned. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.